UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
:
JAYQUAN SMITH, :
: **ORDER REGULATING**
Petitioner, : **PROCEEDINGS**
-against- :
: 21 Cr. 280 (AKH)
UNITED STATES OF AMERICA, : 24 Civ. 2821 (AKH)
:
Respondent. :
:
:
-------------------------------------------------------------- X

ALVIN K. HELLERSTEIN, U.S.D.J.:

    At the request of plaintiff's counsel, the closing brief for his habeas petition shall be filed by October 14, 2024.

    SO ORDERED.

Dated:    September 25, 2024          __/s/ Alvin K. Hellerstein_____
            New York, New York            ALVIN K. HELLERSTEIN
                                                 United States District Judge